UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Aisha Monae Simms, Case No. 17-42788

Debtor. Chapter 7

Judge Thomas J. Tucker

_______________________________/

**ORDER DENYING APPLICATION TO PAY FILING FEES IN INSTALLMENTS**

The debtor has filed an application to pay filing fees in installments this case. A review of court records show that counsel for debtor has failed to submit a proposed order within 14 days from the date the petition is filed (see L.B.R. 1007-1(e)). Therefore,

IT IS ORDERED that the Application to Pay Filing Fees in Installments (docket no. 6 ) is DENIED. Unless otherwise ordered in the future, the debtor must pay the filing fee in full on or before March 29, 2017. Failure to pay the filing fee in full by this date will result in the entry of an order to show cause and required appearance at the hearing.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

.

**Signed on March 15, 2017**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**